UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LATIKA TANEJA, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>ALINNE CINTRA FREITAS, et al.,<br><br>　　　　　Defendants. | CASE NO. 2:22-cv-00702-TL<br><br>MINUTE ORDER |

The following Minute Order is made at the direction of the Court, the Honorable Tana Lin, United States District Judge:

(1) Pursuant to the Court's Order Granting Discovery Sanctions (Dkt. No. 73) and Defendants' Notice of Intent (Dkt. No. 74), the bench trial previously scheduled to begin on August 28, 2023, shall be continued and related deadlines shall be amended as follows:

MINUTE ORDER - 1

| Bench Trial set for 9:00 a.m. on | **10/23/2023**[1] |
|---|---|
| Supplemental motions in limine[2] must be filed by | 9/18/2023 |
| Agreed LCR 16.1 Pretrial Order due | 10/2/2023 |
| Trial briefs, preliminary proposed findings of fact and conclusions of law, deposition designations, and exhibit lists due by this date. Counsel are to confer and indicate with their submission which exhibits are agreed to. | 10/9/2023 |
| Pretrial conference scheduled for 9:30 a.m. on | 10/16/2023 |

(2) The pending motions filed by the Parties at Dkt. Nos. 26 and 31 shall be renoted for consideration on September 8, 2023.

(3) Defendants shall file supplemental briefing for their pending motion for summary judgment, limited to issues regarding the undisclosed texts that were the subject of the sanctions order at Dkt. No. 73, by no later than **August 18, 2023**.

(4) Responsive and reply briefing deadlines shall be governed by the requirements of Local Civil Rule ("LCR") 7(d)(3) and the length limitations of LCR 7(e)(4).

Dated this 4th day of August 2023.

Ravi Subramanian
Clerk of the Court

s/ Kadya Peter
Deputy Clerk

---

[1] The Court notes that there is an earlier 10-day trial scheduled on its docket that could conflict with the rescheduled start date for this bench trial. If the earlier scheduled trial proceeds and will require the continuance of this case, the next available date for a trial will not be until sometime in 2024.

[2] The original deadline for motions in limine has already passed and the Parties have already filed their motions. The Court will therefore only consider supplemental motions in limine related to issues regarding the undisclosed texts that were the subject of the sanctions order at Dkt. No. 73.