The Honorable Tana Lin

1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT
                       FOR THE WESTERN DISTRICT OF WASHINGTON
8

9

10
**LATIKA TANEJA** and **NAVNEET**
11   **TANEJA,** Washington residents, and            Case No. 2:22-cv-00702-TL
     **VIRAL DESAI** and **DHARITRI DESAI**,
12   Washington residents,

13                  Plaintiffs,                        ~~[PROPOSED]~~

14   v.                                                **ORDER GRANTING JOINT MOTION**
                                                       **TO CONTINUE TRIAL DATE AND**
15   **ALINNE CINTRA FREITAS and**                     **THE PRETRIAL CONFERENCE**
     **PEDRO HENRIQUE FREITAS,**
16   Washington residents, and the **FREITAS**         **[Clerk's Action Required]**
     **COMMUNITY ESTATE, and LOVE**
17   **LAUGH LEARN DAYCARE LLC,** a
     Washington limited liability company,
18
                    Defendants.
19

20

21         This matter came before the Court on the Joint Motion to Continue Trial Date and

22   Pretrial Conference Date filed by plaintiffs Latika Taneja, Navneet Taneja, Viral Desai, and

23   Dharitri Desai, and defendants Alinne Cintra Freitas, Pedro Henrique Freitas, and Love Laugh

24   Learn Daycare, LLC (collectively "the Parties").

25   ~~[PROPOSED]~~                    Williams, Kastner & Gibbs PLLC         LARSEN WALTERS PLLC
     Order Granting Joint Motion          601 Union Street, Suite 4100    11120 NE 2nd Street, Suite 100
     To Continue Trial Date and        Seattle, Washington 98101-2380              Bellevue, WA 98004
26   Pretrial Conference                            (206) 628-6600                   (425) 688-7620
     2:22-cv-00702-TL
     **Page 1 of 2**

7798473.1

The Court hereby Grants the Joint Motion to Continue Trial Date and Pretrial Conference Date.

The trial date is continued until **January 22, 2024.**

The Pretrial Conference is continued until **January 12, 2024.**

ORDER dated this 13th day of October 2023.

Tana Lin
United States District Judge

**Jointly Submitted by:**

| WILLIAMS, KASTNER & GIBBS PLLC | LARSEN WALTERS PLLC |
|---|---|
| */s Hunter M. Abell* | */s Mark D. Walters* |
| Hunter M. Abell, WSBA No. 37223<br>Laura E. Brindley, WSBA No. 58770<br>601 Union Street, Suite 4100<br>Seattle, WA 98101-2380<br>Telephone: (206) 628-6600<br>Fax: (206) 628-6611<br>Email: habell@williamskastner.com<br>lbrindley@williamskastner.com | Mark D. Walters, WSBA No. 25537<br>Daniel J. Gunter, WSBA No. 27491<br>11120 NE 2d Street, Suite 100<br>Bellevue, WA 98004<br><br>Mark D. Walters: (206) 669-6986<br>mwalters@larsenwalters.com<br>Daniel J. Gunter: (206) 498-9891<br>dgunter@larsenwalters.com |
| *Attorneys for Defendants* | *Attorneys for Plaintiffs* |

[PROPOSED]
Order Granting Joint Motion
To Continue Trial Date and
Pretrial Conference
2:22-cv-00702-TL
**Page 2 of 2**

Williams, Kastner & Gibbs PLLC
601 Union Street, Suite 4100
Seattle, Washington 98101-2380
(206) 628-6600

LARSEN WALTERS PLLC
11120 NE 2nd Street, Suite 100
Bellevue, WA 98004
(425) 688-7620

7798473.1