UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LATIKA TANEJA et al.,

                    Plaintiffs,

      v.

ALINNE CINTRA FREITAS et al.,

                    Defendants.

CASE NO. 2:22-cv-00702-TL

ORDER DISMISSING ACTION

Pursuant to the Parties' Joint Stipulation and Order of Dismissal with Prejudice (Dkt. No. 109), this action is hereby dismissed with prejudice and without an award of costs or attorneys' fees to any party.

Dated this 26th day of August 2024.

Tana Lin
United States District Judge

ORDER DISMISSING ACTION - 1